RECEIVED

MAR 26 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

Howard Welsh, c/o: 56963083
Federal Correctional Complex-2
Post Office Box 5010
Oakdale, Louisiana [71463]

2:19-cv-0384 SEC P

Plaintiff

against.

CIVIL ACTION NO.
To Be Assigned By Court Clerk

UNITED STATES DEPARTMENT OF JUSTICE -
950 PENNSYLVANIA AVENUE, N.W., WASHINGTON,
D.C. [20530], **EXECUTIVE OFFICES FOR THE
UNITED STATES ATTORNEYS - FREEDOM OF
INFORMATION AND PRIVACY STAFF** 600 EAST
STREET, N.W., SUITE 7300, WASHINGTON,
D.C. [20530-0001]

and

**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT-
FREEDOM OF INFORMATION AND PRIVACY STAFF**
1900 EAST STREET, ROOM 5415, WASHINGTON,
D.C. [20415-0001]

COMPLAINT

(Freedom of Information Act,
5 U.S.C. § 552 and Privacy Act,
5 U.S.C. § 552(a))

Defendants./

COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF

Comes now the Plaintiff, **Howard Welsh,** proceeding Pro se in the above-entitled Cause of action and allege as follows:

1. This is an action under the Freedom of Information Act, **5 U.S.C. § 552** and in conjunction with the Privacy Act, **5 U.S.C. § 552(a),** for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from **Plaintiff** by the United States Department of Justice, **(DOJ)** Executive Office for United States Attorneys **(EOUSA)** and the United States Office of Personnel Management **(OPM).**

Page 1

2. From August 2018 to December 2018, the Plaintiff initiated Freedom of Information Act and Privacy Act requests to the United States Department of Justice (**DOJ**), Executive Office of the United States Attorneys (**EOUSA**) and to Office of Personnel Management (**OPM**).

3. After an agency receives a FOIA request, an agency has twenty (20) working days to comply with the request or immediately notify the requesting party that the request has been denied, the reason for the denial and the right of the requester to appeal the adverse determination 5 U.S.C. § 552(a)(6)(A)(i).

4. The Plaintiff filed appeals for each of his **FOIA** requests' with the Office of Information Policy (**OIP**) because Plaintiff was unsatisfied with the responses, or lack thereof, from the Justice Department - **EOUSA** and Office of Personnel Management (**OPM**), concerning the **FOIA** requests.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this matter pursuant to **28 U.S.C. § 1331, 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. 1346.**

6. Venue is proper in this Court under **28 U.S.C. § 1391, and 5 U.S.C. § 552(a)(4)(B)** because all of the events and omissions giving rise to this claim occured in this judicial district. In addition, the Plaintiff is housed at the FCI-2 Oakdale Federal Correctional Complex, in Oakdale, Louisiana [71463], within this judicial district.

7. Plaintiff **Howard Welsh,** is housed at the FCI-2 Federal Correctional Complex **[In Care of Register Number: 56963083 ]** in Oakdale, Louisiana [71463].

8. Defendant, United States department of Justice (**DOJ**), its agency, Executive Offices of United States Attorneys (**EOUSA**) and Office of Personnel Management (**OPM**) possesses the records and information at issue in this complaint, and exercises control over the records Plaintiff is seeking.

9. Defendant, Office of Personnel Management possesses the records and information at issue in this complaint and exercises principal control over the records Plaintiff is seeking.

## OVERVIEW

10. Following the arrest of Plaintiff and wife **(Lee Hope Thrasher)** on November 29, 2004, in England, United Kingdom, by the Interpol on a issued valid arrest warrant and Indictment in the Eastern District of Virginia, Norfolk Division and Extradicted to the Eastern District of Wirginia Under Criminal Complaint No. **2: 03-mj-00540 (TEM)** and on August 10, 2004, was charged in a 63-count Indictment No. **2: 04-CR-00148-RBS-TEM,** and has been in federal custody.

11. On October 11, 2006, pursuant to a plea agreement, Plaintiff pled guilty to conspiracy to commit mail and wire fraud in violation of 18 U.S.C. §§ 371 and 1343 **(Count 1);** Wire fraud in violation of 18 U.S.C. § 1343 **(Count 2);** Wire fraud in violation of 18 U.S.C. § 1343 **(Count 3);** and, Mail fraud in violation of 18 U.S.C. § 1341 **(Count 27).**

12. On October 11, 2006, at the plea hearing, Plaintiff waived his right of appeal, and waived his right to challenge the conviction, sentence, or the manner in which the conviction or sentence were determined, in any collateral attack, including a motion brought under Title 28 U.S.C. § 2255.

13. Plaintiff was sentenced to 240-month with 60 months count 1, 60 months count 2, to be served consecutively to count 1, 60 months count 3, to be served consecutively to count 1, and 60 months count 27, to be served consecutively to count 1 on July 13, 2007.

14. On November 25, 2008, the Fourth Circuit Court of Appeals, dismissed in part and affirmed in part for waiving his right to appeal under 18 U.S.C.S. § 3742; U.S. Supreme Court Certiorari was denied on June 1, 2009, and the district court denied Plaintiff's 28 U.S.C. § 2255 **United States v. Welsh, 424 Fed. Appx. 214, 2011 U.S. App. LEXIS 8050 (4th Cir. Va., 2011)**

## STATEMENT OF FACTS

15. Plaintiff have been seeking records under the **FOIA,** from the Department of Justice since August 29, 2018.
    (a) FOIA-2018-005889 - Subject of Request: **Commission & Appointment, Affidavits & Oath of Office and Previous & Current Assignment &**

Page 4
FOIA COMPLAINT

        Postings and the dates the posting began and ended for Paul J. McNulty, Neil H. MacBride, Robert Joseph Seidel, Jr., Kevin M. Comstock, Joseph E. DePadilla, Blair C. Perez, Tara Lawrence, Natasha Palmer, and Jeffrey Noll - U.S. District Court, Eastern District of Virginia, to EOUSA, See Exhibit A.

(b) FOIA-2019-000260 - Subject of Request: Commission & Appointment, Affidavits & Oath of Office and Previous & Current Assignment & Postings and the dates the posting began and ended, and Written authority of the Specified Person that Administered the Oath of Office required by 5 U.S.C. § 2906 for Paul J. McNulty, Neil H. MacBride, Robert Joseph Seidel, Jr., Kevin M. Comstock, Joseph E. DePadilla, Blair C. Perez, and others - U.S. District Court, Eastern District of Virginia, to OPM, See Exhibit B.

(c) FOIA-Tracking No. 7018 0360 0001 7351 1386 - Subject of Request: Commission & Appointment, Affidavit & Oath of Office and Previous & Current Assignment & Postings and the dates the posting began and ended, and Written authority of the Specified Person that Administered the Oath of Office as required under 5 U.S.C. § 2906 for Paul J. McNulty, Neil H. MacBride, Robert Joseph Seidel, Jr., Kevin M. Comstock, Joseph E. DePadilla, Blair C. Perez, and others - U.S. District Court, Eastern District of Virginia, to G. Zachary Terwellenger (USA) U.S. ATTORNEY'S OFFICE, FOR THE EASTERN DISTRICT OF VIRGINIA, NORFOLK, VIRGINIA [23510], See Exhibit C.

(d) FOIA-Tracking No. 7018 0360 0001 7351 1379 - Subject of Request: Commission & Appointment, Affidavit & Oath of Office and Previous & Current Assignment & Postings and the dates the posting began and ended for Tara Lawrence, Natasha Palmer, and Jeffrey Noll - U.S. District Court, Eastern District of Virginia, to Mary R. Farashahi (Chief USPO) U.S. PROBATION OFFICE, FOR THE EASTERN DISTRICT OF VIRGINIA, NORFOLK, VIRGINIA [23510], See Exhibit D.

(e) FOIA APPEAL Request to the Director of (OIP), DOJ-AP-2019-000540 - Subject of Appeal Request Concerning FOIA-2018-005889, See Exhibit E.

(f) FOIA APPEAL Request to the Director of (OIP), DOJ-AP-2019-001075 - Subject of Appeal Request Concerning FOIA-2019-000260, See Exhibit F.

16. Plaintiff filed several request for records and appeals with Office of Information Policy (OIP) Director, for the failure of DOJ, EOUSA and OPM to produce records requested.

17. On August 29, 2018, Plaintiff, initiated a **FOIA** request to the Executive Office for United States Attorneys, an agency under the Department of Justice seeking the copy of document pertaining to the Commission & Appointment by a United States President/Attorney General under **28 U.S.C. § 541** for the following U.S. Attorneys': **Paul J. McNulty and Neil H. MacBride - U.S. District Court - Eastern District of Virginia - Norfolk Division.**

18. A copy of the document pertaining to the Commission & Appointment by a United States Attorney General, under **28 U.S.C. § 542,** for the following Assistant United States Attorneys': **Robert Joseph Seidel, Jr., Kevin M. Comstock, Joseph E. DePadilla and Blair C. Perez, along with Probation Officers': Tara Lawrence, Natasha Palmer and Jeffrey Noll - U.S. District Court - Eastern District of Virginia - Norfolk Division.**

19. A copy of the Appointment Affidavits preserved for the following individuals, pursuant to **5 U.S.C. § 2906,** for the Oath of Office required by **5 U.S.C. § 3331 and 28 U.S.C. § 544:** United States Attorneys' **Paul J. McNulty and Neil H. MacBride,** Assistant United States Attorneys' **Robert Joseph Seidel, Jr., Kevin M. Comstock, Joseph E. DePadilla and Blair C. Perez,** along with Probation Officers' **Tara Lawrence, Natasha Palmer and Jeffrey Noll** for the Eastern District of Virginia.

20. A copy of the previous and current Assignment & Posting(s) for the above individuals and the dates the Postings began and ended.

21. On August 29, 2018, Plaintiff initiated a **FOIA** request to the United States Office of Personnel Management seeking the copy of written authority of the Specified Person that Administered the Oath of Office required by 5 U.S.C. § 3331 and 28 U.S.C. § 544 preserved for the following individuals pursuant to **5 U.S.C. § 2906** and disclosed pursuant to **5 U.S.C. § 2903**: United States Attorneys' **Paul J. McNulty and Neil H. MacBride,** Assistant United States Attorneys' **Robert Joseph Seidel, Jr., Kevin M. Comstock, Joseph E. DePadilla and Blair C. Perez** for the Eastern District of Virginia - Norfolk Division.

22. A copy of document pertaining to the Commission & Appointment by a United States President/Attorney General under **28 U.S.C. § 541** for the following U.S. Attorneys' **Paul J. McNulty and Neil H. MacBride - U.S. District Court - Eastern District of Virginia - Norfolk Division.**

Page 6
FOIA COMPLAINT

23. A copy of the document pertaining to the Commision & Appointment by a United States Attorney General, under **28 U.S.C. § 542,** for the following Assistant United States Attorneys' **Robert Joseph Seidel, Jr., Kevin M. Comstock, Joseph E. DePadilla and Blair C. Perez - U.S. District Court - Eastern District of Virginia - Norfolk Division.**

24. A copy of the Appointment Affidavits preserved for the following individuals, pursuant to **5 U.S.C. § 2906,** for the Oath of Office required by **5 U.S.C. § 3331 and 28 U.S.C. § 544:** United States Attorneys' **paul J. McNulty and Neil H. MacBride,** Assistant United States Attorneys' **Robert Joseph Seidel, Jr., Kevin M. Comstock, Joseph E. DePadilla and Blair C. Perez** for the Eastern District of Virginia.

25. A copy of the previous and current Assignment & Posting(s) for the above individuals and the dates the Postings began and ended.

26. On October 17, 2018, Per **EOUSA-2018-005889** response dated October 2, 2018, Plaintiff again initiated a **FOIA** request to the United States Attorneys Office for the Eastern District of Virginia, Norfolk Division seeking the copy of Written authority of the Specified Person that Administered the Oath of Office required by 5 U.S.C. § 3331 and 28 U.S.C. § 544 preserved for the following individuals pursuant to 5 U.S.C. § 2906 and required under **5 U.S.C. § 2903** United States Attorneys' **Paul J. McNulty and Neil H. MacBride,** Assistant United States Attorneys' **Robert Joseph Seidel, Jr., Kevin M. Comstock, Joseph E. DePadilla and Blair C. Perez - U.S. District Court - Eastern District of Virginia - Norfolk Division.**

27. A copy of document pertaining to the Commission & Appointment by a United States President/Attorney General under **28 U.S.C. § 541** for the following U.S. Attorneys' **Paul J. McNulty and Neil H. MacBride - U.S. District Court - Eastern District of Virginia - Norfolk Division.**

28. A copy of the document pertaining to the Commission & Appointment by a United States Attorney General, under **28 U.S.C. § 542,** for the following Assistant United States Attorneys' **Robert Joseph Seidel, Jr., Kevin M. Comstock, Joseph E. DePadilla and Blair C. Perez - U.S. District Court - Eastern District of Virginia - Norfolk Division.**

29. A copy of the Appointment Affidavits preserved for the following individuals, pursuant to 5 U.S.C. § 2906, for the Oath of Office required by 5 U.S.C. § 3331 and 28 U.S.C. § 544 United States Attorneys' **Paul J. McNulty and Neil H. MacBride,** Assistant United States Attorneys' **Robert Joseph Seidel, Jr., Kevin M. Comstock, Joseph E. DePadilla and Blair C. Perez** for the Eastern District of Virginia.

30. A copy of the previous and current Assignment & Posting(s) for the above individuals and the dates the Postings began and ended.

31. On October 2, 2018, the **EOUSA** responded to Plaintiff's request dated August 29, 2018, with Assigned **FOIA-2018-005889** and deemed the response is a full denial and claimed a search for the records located in EOUSA-Personnel has revealed no responsive records regarding the above subjects. **See Exhibit A.**

32. On October 31, 2018, the **EOUSA** responded to Plaintiff's request dated August 29, 2018 and addressed to the **OPM,** which was forwarded to the Department of Justice **DOJ,** of which the **DOJ** then transferred it to the Executive Office for United States Attorneys, with Assigned **FOIA-2019-000260** and deemed the response is a partial denial and claimed no other responsive records to other Items and no other responsive records to other named individuals located and that employee records not maintained by EOUSA following separation from employment. **See Exhibit B.**

33. On October 15, 2018, Plaintiff sought **FOIA APPEAL** request with Assigned **DOJ-AP-2019-000540** to the Office of Information Policy **OIP. See Exhibit E.**

34. On November 7, 2018, Plaintiff again sought **FOIA APPEAL** request with Assigned **DOJ-AP-2019-001075** to the Office of Information Policy **OIP. See Exhibit F.** On March 15, 2019, **OIP responded** and affirming, on partly modified grounds. As of the date of Complaint, the Defendants have failed to produce the requested records. or demonstrated that the requested records are lawfully exempted from production.

35. Plaintiff has exhausted his administrative remedies and his lawsuit is properly before this Court.

Page 8
FOIA COMPLAINT

## COUNT 1

### ( VIOLATION OF FOIA AND PRIVACY ACT 5 U.S.C. §552 AND 5 U.S.C. §552(a))

36.  Plaintiff realleges paragraphs **1 through 14** as if fully stated herein.

37.  Plaintiff is being irreparably harmed by reason of Defendants' violations of **FOIA** and Plaintiff will continue to be irreparably harmed unless the Defendants' are compelled to comply with **FOIA and the Privacy Act.**

38.  Plaintiff's administrative remedies are exhausted and therefore, this lawsuit is properly before this Court.

## CONCLUSION

39.  **WHEREFORE,** Premises Considered, the Plaintiff seek's this Honorable Court's opinion regarding the Constitution's mandate ensuring the United States possesses standing in the prosecution of criminal and civil cases by duly authorized attorneys.

40.  **THEREFORE,** the Plaintiff requests this Court compel the government to respond within thirty **(30)** days of this Court's Order to satisfy the Plaintiff's Freedom of Information Act **[FOIA]** requests.

41.  That any delay or seeking of a time extension by the government of the thirty (30) day period would be an affront to the Criminal Justice System, causing irreparable harm to the Plaintiff. denying him his liberty and right to due process of law as guaranteed by the Constitution of the United States.

42.  This Honorable Court compel the United States Attorney and Assistant United States Attorneys provide the Plaintiff with true and correct copies of all documents sought in this litigation. Any delay or procrastination on the part of the government would clearly indicate the government's intent to deny the Plaintiff his rights pursuant to the United States Constitution.

43.  That the Plaintiff be afforded the name of the Human Resource employee, whose legal function as an administrative official, was redacted and the written authority to administer. The Plaintiff, in this litigation, requires his/her name to ensure proper authority had been vested by a superior government official, to

Page 9
FOIA COMPLAINT

act in the capacity necessary to validate an individual's **OATH** and authorization to perform a legal function, representing the United States.

44.     That the Plaintiff be **GRANTED** any and all relief deemed necessary and appropriate, in the interest of justice.

                                Respectfully submitted,

Dated: 3-19-2019           By: *Howard Welsh.*
                                Howard Welsh, c/o: 56963083
                                Federal Correctional Complex-2
                                Post Office Box 5010
                                Oakdale, Louisiana [71463]